**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-6425**

———————

NAJIA RAHMANI,

                Plaintiff - Appellant,

     v.

PAUL BURNETT, Guardian & Conservator; WOODS COVE ASSISTED LIVING,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:21-cv-01356-MSN-JFA)

———————

Submitted:  August 18, 2022                    Decided:  August 23, 2022

———————

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Najia Rahmani, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani filed a notice of appeal on April 7, 2022, in her closed case seeking to terminate a guardian's appointment. However, Rahmani failed to designate an appealable judgment or order in her notice of appeal or informal brief. *See* Fed. R. App. P. 3(c)(1)(B). Because it is impossible to ascertain the order that Rahmani wishes to appeal, we dismiss the appeal for lack of jurisdiction. *See Jackson v. Lightsey*, 775 F.3d 170, 176-77 (4th Cir. 2014). We also deny her motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*